10042407
US MARSHALS SERVICE N/TX
FORT WORTH, TX
2016 MAR 29 AM 7:43

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.      No. 4:16-MJ-165

ALBERT CENICEROS (01)

**SEALED UNTIL EXECUTED**

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **ALBERT CENICEROS**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 28th day of March, 2016.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 28th March 2016 <br> DATE OF ARREST: 1st day of April 2016 | NAME AND TITLE OF ARRESTING OFFICER: Kevin Brown DEA | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|

1380315
US MARSHALS SERVICE N/TX
FORT WORTH, TX
2016 MAR 29 AM 7:43

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.   No. 4:16-MJ-165

JACK GOSSETT (05)

### WARRANT FOR ARREST

**SEALED UNTIL EXECUTED**

TO:  The United States Marshal and
     Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **JACK GOSSETT**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 28th day of March, 2016.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 2837 Hiawatha Trl, Lake Worth Tx

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | Michael Orsini, Special Agent | |

4-1-16

8

1004 2513

US MARSHALS SERVICE N/TX
FORT WORTH, TX
2016 MAR 29 AM 7:44

2016 APR -6 AM 11:34
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                      No. 4:16-MJ-165

JENNIFER MARIE MORRISON (07)

## WARRANT FOR ARREST

TO:      The United States Marshal and
          Any Authorized Officer of the United States

**SEALED UNTIL EXECUTED**

YOU ARE HEREBY COMMANDED to arrest **JENNIFER MARIE MORRISON**, and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 28th day of March, 2016.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 4-1-16 | NAME AND TITLE OF ARRESTING OFFICER: Fred Thornton Jr. / TFO | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 4-1-16 | | |

1004 25-45
US MARSHALS SERVICE N/TX
FORT WORTH, TX
2016 MAR 29 AM 7:44

2016 APR -6 AM 11:34
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.  No. 4:16-MJ-165

CANDACE WHITTEN (09)

**SEALED UNTIL EXECUTED**

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **CANDACE WHITTEN**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 28th day of March, 2016.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 4-1-2016 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | D.L. Crim - FWPD | [signature] |