IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. 4:16-CR-131-O |
| JACK GOSSETT | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

Now Comes Jack Gossett Coleman, by and through his attorney Loren Green, motioning the court to continue trial scheduled for June 28, 2016.  In support of this motion the defendant asserts that good cause exists for an extension beyond this date

1. Counsel for the defendant has not yet been able to complete his investigation of the case.  A continuance will enable counsel to provide effective assistance of counsel.

2. Plea negotiations are ongoing.  It is possible a continuance will enable the parties to resolve their issues without the necessity of trial, and it will allow counsel time to adequately prepare if there is a trial.

3. This motion is not made for purposes of delay, but that justice may be done.  I conferred with AUSA Shawn Smith regarding this matter and the government is not opposed.

Jack Gossett respectfully submits this motion for continuance asking that the Court order an extension 60 days beyond June 28, 2016.

Respectfully submitted,

 /s/ Loren Green
Loren Green
Greene & Green PLLC
1521 N. Cooper Suite 800
Arlington, Texas 76011

Telephone: (817) 265-7000
Facsimile:  (817) 983-2563
lgreen@lorengreenlaw.com

Attorney for the Defendant,
Jack Gossett

## CERTIFICATE OF SERVICE

I certify that on June 2, 2016, a copy of this document was filed electronically using the electronic case file system and this constitutes service of this document to AUSA Shawn Smith.

*/s/ Loren Green*
Loren Green