IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:16-CR-131-O |
| JACK GOSSETT (02) | |

## GOVERNMENT'S WITNESS LIST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE REED O'CONNOR:

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this Government's Witness List and would respectfully show this Court as follows:

| | **Witness** | **Sworn** | **Testified** |
|---|---|---|---|
| 1. | DEA TFO Cy Crum  TFO Crum is one of the case agents on the case and will testify about his knowledge of the case. | | |
| 2. | Mandy Turner  Ms. Turner will testify about her knowledge of Jack Gossett's drug dealing activities. | | |
| 3. | Veronica Prendez  Ms. Prendez will testify about her knowledge of Jack Gossett's drug dealing activities. | | |

**Government's Witness List - Page 1 of 3**

|    | **Witness** | **Sworn** | **Testified** |
|----|-------------|-----------|---------------|
| 4. | Chris Nicholson<br><br>Mr. Nicholson will testify about his knowledge of Jack Gossett's drug dealing activities. | | |
| 5. | Amber Shaw<br><br>Ms. Shaw will testify about her knowledge of Jack Gossett's drug dealing activities. | | |

**[Remainder of page intentionally left blank]**

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
Texas State Bar # 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:   817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following parties who have consented in writing to accept this Notice as service of this document by electronic means: Loren Green, counsel for defendant.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney