IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:16-CR-131-O |
| JACK GOSSETT (02) | |

## AGREED ADMITTED EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Crum | Gossett Dope Notes | ✓ | ✓ | ✓ |
| 2. | Crum | Samsung GSM SM-G360T1 (01) | ✓ | ✓ | ✓ |
| 3. | Crum | Samsung GSM SM G360T1 (02) | ✓ | ✓ | ✓ |
| 4. | Crum | Relevant data from Gossett's cellphone (Alcatel) | ✓ | ✓ | ✓ |
| 5. | Crum | Relevant data from Gossett's cellphone (LG) | ✓ | ✓ | ✓ |
| 10. | Self-authenticating | Plea paperwork for Amber Shaw (redacted) | ✓ | ✓ | ✓ |
| 11. | Self-authenticating | Proffer letter for Amber Shaw | ✓ | ✓ | ✓ |
| 12. | Self-authenticating | Plea paperwork for Chris Nicholson (redacted) | ✓ | ✓ | ✓ |
| 13. | Self-authenticating | Proffer letter for Chris Nicholson | ✓ | ✓ | ✓ |

| 14. | Crum | Facebook Screenshot Jack Gossett "Maniac" | ✓ | ✓ | ✓ |
| 15. | Crum | Facebook Screenshot Jack Gossett "what's owed" | ✓ | ✓ | ✓ |
| 16. | Crum | Letter from Gossett to Amber Shaw | ✓ | ✓ | ✓ |

AGREED TO AND SIGNED this 22nd day of July, 2016.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*s/ Loren Green*
LOREN GREEN
Greene & Green PLLC
Bar #24029179
1521 N Cooper Street, Suite 800
Arlington, Texas 76011
Telephone: 817-265-7000
Facsimile: 817-983-2563

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
State Bar of Texas #24033206
Burnett Plaza Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016, I electronically filed the foregoing document with the clerk for the United States District Court for the Northern District of Texas pursuant to its electronic filing system (ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney